# UNITED STATES DISTRICT COURT

__WESTERN__   DISTRICT OF   __NEW YORK__

MIRIAM McKNIGHT,
        **Plaintiff,**

        v.                                  **JUDGMENT IN A CIVIL CASE**

G. VASIL,
        **Defendant.**

                      **CASE NUMBER:   11-CV-6328-MWP**

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**     **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that an award of compensatory damages is warranted and judgment is entered in favor of plaintiff Miriam McKnight against defendant Gregory Vasile in the total amount of $191,000 ($190,000 for her emotional and deprivation of liberty injuries and $1,000 for her compensable physical injuries) with prejudgment interest to be awarded at the rate of 9% per annum from March 30, 2017, through the entry of this judgment, with any post-judgment interest to be calculated pursuant to 28 U.S.C. § 1961; and,

**IT IS FURTHER ORDERED AND ADJUDGED** that punitive damages are not justified.

September 27, 2018                      MARY C. LOEWENGUTH
Date                                          Clerk of Court
                                              United States District Court

                          (By):    s/John H. Folwell
                                     John H. Folwell
                                     Deputy Clerk