UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MIRIAM McKNIGHT

                        Plaintiff,

    v.

CITY OF ROCHESTER, NEW YORK,
G. VASIL,

                        Defendants.

**STIPULATION OF DISMISSAL**

**11-cv-6328P**

---

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued as against Defendants City of Rochester and G. Vasil, with prejudice, with Defendants satisfying the judgment contained in the Decision and Order of the Court dated September 27, 2018. This stipulation may be filed without further notice with the Clerk of the Court.

October 12, 2018

ROBERT E. FUSSELL, ESQ.
Attorneys for Plaintiff
46 Wolcott Street, Suite One
LeRoy, NY 14482
Rochester, New York 14614
Telephone: (585) 768-2240

TIMOTHY R. CURTIN, Corporation Counsel
John M. Campolieto, Esq., of Counsel
Attorneys for Defendants
30 Church Street, Room 400A
Rochester, New York 14614
Telephone: (585) 428-7410